AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    Massachusetts

**APPEARANCE**

Robert Raimondi,
        Plaintiff

v.

South Florida Yacht
Sales, Inc.   Defendant

Case Number:

**04 12638 MLW**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Robert Raimondi

I certify that I am admitted to practice in this court.

December 16, 2004
Date

*(Signature)*
Signature

Stuart T. Schrier      BBO 447190
Print Name      Bar Number

1011 Dorchester Avenue
Address

Boston, MA      02125
City    State    Zip Code

(617) 436-1200      (617) 436-5649
Phone Number      Fax Number