UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 22 P 12: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT RAIMONDI,

    Plaintiff,

v.

SOUTH FLORIDA YACHT
SALES, INC.,

    Defendant.

Civil Action No.: 04-12638-MLW

## DEFENDANT SOUTH FLORIDA YACHT SALES, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant South Florida Yacht Sales, Inc. ("SFY"), pursuant to Fed.R.Civ.P. 6(b), hereby moves for a two-week enlargement of time, through and including March 8, 2005, in which to serve a response to the Complaint filed by plaintiff Robert Raimondi ("Raimondi"), and states:

1. Raimondi filed his Complaint on December 16, 2004.

2. As SFY waived service of process, the current deadline for a response to the Complaint is Tuesday, February 22, 2005.

3. Due to the press of other litigation and SFY's participation in the Miami International Boat Show, SFY needs additional time to adequately prepare a response to Raimondi's Complaint. Therefore, SFY respectfully seeks a two-week enlargement of time, through and including March 8, 2005, to serve a motion to dismiss or answer.

4. This motion is made in good faith and not to cause delay.

{M2217531;1}

5. Counsel for SFY has communicated with Raimondi's counsel in an effort to reach an agreement on this motion, and Raimondi's counsel has advised that Raimondi has no objection to this motion.

WHEREFORE, SFY respectfully requests that the Court enter an Order extending the time for SFY to serve a response to the Complaint through and including March 8, 2005.

DEFENDANT,

SOUTH FLORDIA YACHT SALES, INC.

By its attorneys,

_/s/ Christopher R. O'Hara_
Christopher R. O'Hara (BBO #548611)
Zoe Butler-Stark (BBO #658985)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626
Facsimile: (617) 227-5777
cohara@toddweld.com

Of Counsel:

Paul A. Shelowitz, Esq.
Julie E. Nevins, Esq.
AKERMAN SENTERFITT
One Southeast Third Avenue, 28th Floor
Miami, FL 33131-1714
Telephone: (305) 374-5600
Fax: (305) 374-5095

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile and first class mail this 22nd day of February, 2005 to: Stuart T. Schrier, Esq., SHRIER & BALIN, P.C., 1011 Dorchester Avenue, Boston, MA 02125.

_____
Zoe Butler-Stark