UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT RAIMONDI, ) | FILED<br>IN CLERK'S OFFICE |
| Plaintiff, ) | Civil Action No. 04-12638 MLW<br>2005 FEB 22 P 12:09 |
| v. ) | U.S. DISTRICT COURT<br>DISTRICT OF MASS. |
| SOUTH FLORIDA YACHT ) | |
| SALES, INC., ) | |
| Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT SOUTH FLORIDA YACHT SALES, INC.**

Pursuant to Local Rule 7.3(A), defendant South Florida Yacht Sales, Inc. ("SFY") states that it is a privately-held corporation, that it does not have a parent corporation and that there is no publicly-held corporation that owns 10% or more of SFY's stock.

Respectfully submitted,

Defendant,

SOUTH FLORIDA YACHT SALES, INC.

By its attorneys,

_____
Christopher R. O'Hara (BBO #548611)
Zoe Butler-Stark (BBO #658985)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626

Dated: February 22, 2005

## CERTIFICATE OF SERVICE

    I, Zoe Butler-Stark, hereby certify that on February 22, 2005, I caused a copy of the foregoing Corporate Disclosure Statement of Defendant South Florida Yacht Sales, Inc., Pursuant To Local Rule 7.3, to be served by facsimile and first class mail on counsel for plaintiffs in this action, Stuart T. Schrier, Esq., Shrier & Balin, P.C., 1011 Dorchester Avenue, Boston, MA 02125.

Dated:  February 22, 2005                               _____
                                                                  Zoe Butler-Stark