UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBERT RAIMONDI,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTH FLORIDA YACHT<br>SALES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)  Civil Action No.: 04-12638 MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1(A)(2), counsel for both parties conferred on February 16, 2005, by telephone in a good faith attempt to resolve or narrow the issues raised in this motion, and that counsel for the plaintiff has assented to this motion.

    Respectfully submitted,

    Defendant,
    SOUTH FLORIDA YACHT SALES, INC.

    By its attorneys,

    /s/ Christopher R. O'Hara
    Christopher R. O'Hara (BBO #548611)
    Zoe Butler-Stark (BBO #658985)
    TODD & WELD LLP
    28 State Street, 31st Floor
    Boston, MA 02109
    Telephone: (617) 720-2626

Dated: February 22, 2005