UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -8 P 1:31

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT RAIMONDI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTH FLORIDA YACHT )<br>SALES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No.: 04-12638-MLW |

## SOUTH FLORIDA YACHT SALES, INC.'S
## MOTION TO DISMISS COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(2) and (6), defendant South Florida Yacht Sales, Inc. ("SFY") respectfully moves to dismiss the complaint for lack of personal jurisdiction and for failure to state a claim for which relief can be granted.

In support of this Motion to Dismiss, SFY refers the Court to SFY's Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Complaint, the Declaration of Ralph Navarro, and the Declaration of Thomas Troccoli, Jr.

WHEREFORE, the Court should dismiss plaintiff's Complaint and should award SFY its costs and expenses incurred, including reasonable attorneys' fees, in bringing this Motion to Dismiss.

{M2224567;1}

Respectfully submitted,

Defendant,
SOUTH FLORIDA YACHT SALES, INC.

By its attorneys,

_____
Christopher R. O'Hara (BBO #548611)
Zoe Butler-Stark (BBO #658985)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2005, I caused a true copy of the foregoing to be serve by facsimile and U.S. Mail upon counsel for the plaintiff in this action, Stuart T. Schrier, Esq., SHRIER & BALIN, P.C., 1011 Dorchester Avenue, Boston, MA 02125.

_____
Zoe Butler-Stark

{M2224567;1}