UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT RAIMONDI, <br><br> Plaintiff, <br><br> v. <br><br> SOUTH FLORIDA YACHT SALES, INC., <br><br> Defendant. | Civil Action No.: 04-12638 MLW |

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1(A)(2), counsel for both parties conferred on March 7, 2005, by telephone in a good faith attempt to resolve or narrow the issues raised in this motion, and were unable to resolve any of the issues raised in the motion.

Respectfully submitted,

Defendant,
SOUTH FLORIDA YACHT SALES, INC.

By its attorneys,

Christopher R. O'Hara (BBO #548611)
Zoe Butler-Stark (BBO #658985)
TODD & WELD LLP
28 State Street, 31st Floor
Boston, MA 02109
Telephone: (617) 720-2626

Dated: March 8, 2005

{M2224567;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2005, I caused a true copy of the foregoing to be serve by facsimile and U.S. Mail upon counsel for the plaintiff in this action, Stuart T. Schrier, Esq., SHRIER & BALIN, P.C., 1011 Dorchester Avenue, Boston, MA 02125.

_____
Zoe Butler-Stark

{M2224567;1}