UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT RAIMONDI,<br><br>   Plaintiff,<br><br>v.<br><br>SOUTH FLORIDA YACHT<br>SALES, INC.,<br><br>   Defendant. | Civil Action No.: 04-12638-MLW |

## DECLARATION OF THOMAS TROCCOLI, JR.[1]

I, THOMAS TROCCOLI, JR., declare as follows:

1. I am a salesperson for South Florida Yacht Sales, Inc. ("SFY"), and I have personal knowledge of the matters set forth in this declaration.

2. I have been employed by SFY as a salesman since 2001.

3. I became acquainted with plaintiff Robert Raimondi when he sought assistance from SFY with warranty claims against the manufacturer of one of his yachts – Ocean Yachts, Inc. ("Ocean Yachts"), which is located in New Jersey.

4. At the time, Robert Raimondi owned two yachts: (1) a 1999 48' Ocean Yacht; and (2) a 1997 40' Ocean Yacht. Raimondi told me that he had docked one of his yachts in Ft. Lauderdale.

---

[1] This declaration is being provided pursuant to 28 U.S.C. §1746, which authorizes an unsworn declaration as a statutory substitute for an affidavit.

{M2223544;2}

5. In late 2001, SFY participated in Ocean Yachts' exhibit at the Ft. Lauderdale International Boat Show in Ft. Lauderdale, Florida (the "Boat Show"). I worked the show along with Ralph Navarro, the President of SFY.

6. Raimondi personally attended the boat and ordered a 2002 Ocean 56' Super Sport yacht manufactured by Ocean Yachts (the "56' Super Sport") from SFY. At the boat show, Raimondi told me he wanted to purchase a new yacht. I told him he should purchase a yacht from a dealer located in Massachusetts.

7. Notwithstanding, at the boat show, Raimondi signed a contract to purchase the 56' Super Sport from SFY (the "Contract").

8. The 56' Super Sport was to be built by Ocean Yachts in New Jersey. The Contract provided that the closing and the delivery of the new 56' Super Sport would take place in New Jersey in April, 2002. The Contract also provided that Raimondi would trade in his 48' and 40' yachts for a credit of up to $800,000 towards the purchase price of the 56' Super Sport. In addition, Raimondi and SFY agreed that SFY would satisfy any liens on the 48' and 40' Yachts and that Raimondi would repay SFY.

9. Between the closing and the signing of the Contract, representatives of SFY and Raimondi communicated by telephone and fax regarding Ocean Yachts' progress in building the 56' Super Sport and about the trading in of his two yachts.

10. Prior to the closing, SFY informed Raimondi that the trade-ins only covered a portion of the full $800,000 trade-in allowance, requiring Raimondi to pay an additional $100,000 out of pocket for the 56' Super Sport. This simply meant Raimondi owed a larger amount towards the unpaid balance than was originally calculated. The actual vessel price did not change. Raimondi wired the final balance owing to SFY's bank account in Florida.

11. The closing on the 56' Super Sport took place in New Jersey on or about April 24, 2002, where the yacht was delivered to Raimondi. I attended the closing in New Jersey. Raimondi and his wife also attended the closing in New Jersey.

12. The Contract was revised with a handwritten note memorializing the final sum Raimondi owed for the purchase of the yacht. The note stated: "Amended Sales Price Due to Trades 380,000.00." The revised Contract is attached to hereto as Exhibit A.

13. Sometime between the signing of the Contract and the closing, Raimondi indicated that he intended to dock the 56' Super Sport in Florida and in Massachusetts.

14. Within one year after the closing, Raimondi contacted me in Florida to assist him with some warranty issues with Ocean Yachts. The Contract did not require SFY to assist Raimondi with his warranty issues.

Civil Action No.: 04-12638-MLW

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2005.

THOMAS TROCCOLI, JR.

NOV-05-2002 16:05   R&M SALES   1 617 282 4226   P.02/02
TOTAL P.02

XYU05556D2025

850 N.E. 3rd Street
Suite 207
Dania, Florida 33004


SOUTH FLORIDA YACHTS

Office: 954-925-7117
Fax: 954-927-7331
email: sales@southfloridayachtsales.com
www.yachtworld.com
www.southfloridayachts.com

MILLENNIUM • OCEAN YACHTS • RIVIERA • BROKERAGE

**Vessel Information**
2002 Ocean 56 Super Sport
Twin 1050 Mans

**Purchaser:** Robert and Ann Raimondi
**Address:** 944 Dorchester Ave
Dorchester, MA 02125
**Phone:** 617-288-0440
**Fax:**
**Date:** 11/1/01

| OPTIONAL EQUIP. & ACC. | | BASE VESSEL PRICE | |
|---|---|---|---|
| | | | 1,244,900.00 |
| Enclosed Bridge | | Dealer Prep | |
| Trolling Valves | $ 30,000.00 | Freight | |
| Remote Gauges | $ 4,000.00 | Full Fuel | |
| Teak Coaming | $ 1,450.00 | Interior/Décor | |
| Electronic Panel (D2) | $ 3,000.00 | Designer Interior | NC |
| Access Door on Stairs | | Electronics Carried Forward | |
| Companion Step & Runner | $ 425.00 | Optional Equipment Carried Fo | 49,348.00 |
| Under Counter Refrigerator/Freezer | $ 500.00 | Options per Addendum "A" | |
| TV over Dinette | $ 4,485.00 | Sub-Total | 1,294,248.00 |
| Two teak doors in place of TV-Delete small door to right and install drawer to one side | $ 1,200.00 | Credits | -184,248.00 |
| Delete Mirror Forward | $ 500.00 | Trade-In Allowance | -900,000.00 |
| Delete Sink | $ 100.00 | Total Sales Price | 310,000.00 |
| Delete Blinds | $ (150.00) | Sales Tax | Exempt |
| Forward Lewmar Hatch | $ (150.00) | Total Due | 310,000.00 |
| Lewmar Windows | $ 950.00 | Down Payment | -60,000.00 |
| Delete VCR | $3,485.00 | Unpaid Balance | 250,000.00 |
| Delete Puma Pub | $ (100.00) | Additional Payment | |
| Similarly all Smart Screen Door Hooks on Top of All Doors | $ (282.00) | | |
| Provide 2nd Glendinning Cablemaster-Tie Electrical in | NC | | |
| Drawer at Towel Racks and Cup Holders in Heads | NC | | |
| Install customer supplied Transducer | | | |
| Spotlight | NC | | |
| Subtotal | $ 49,348.00 | Unpaid Balance | 250,000.00 |

**DESCRIPTION OF TRADE-IN:**
Vessels delivered free and clear of all liens.
Trade-In is subject to survey & all survey items will be repaired or paid for by client before closing.

| Yr | Size | HPs | |
| 1998 48 Ocean Tw 660 Cats w/600 hrs | | | |
| 1997 46 Ocean Tw Cats w/300 hrs | | | |
| Trade-In Vessel Allowance - TWO VESSELS | $ 900,000.00 | | |

Purchaser hereby acknowledges receipt of a copy of this order and has read the back of this agreement. Purchaser also agrees that this balance will be paid by _____ cash _____ bank draft _____ certified check or by the execution of a _____ retail installment contract or a security agreement.

Delivery & Closing will take place on or before APRIL 15 2001
BOAT TO BE PICKED UP AT OCEAN FACTORY, NJ
**Purchaser:**
**SIGNED:** R A Raimondi

FT. LAUDERDALE • MIAMI • PALM BEACH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2005, I caused a true copy of the foregoing to be serve by facsimile and U.S. Mail upon counsel for the plaintiff in this action, Stuart T. Schrier, Esq., SHRIER & BALIN, P.C., 1011 Dorchester Avenue, Boston, MA 02125.

_____
Zoe Butler-Stark

{M2216540;5}