UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
2005 MAR 21 P 2: 29
U.S. DISTRICT
DISTRICT OF MASS.

CIVIL ACTION NO. 04-12638 MLW

===============================

ROBERT RAIMONDI,       )
           Plaintiff   )
                       )
                       )
v.                     )
                       )
SOUTH FLORIDA YACHT    )
SALES, INC.,           )
           Defendant   )
                       )

===============================

### PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFEDANT'S MOTION TO DISMISS COMPLAINT

The Plaintiff Robert Raimondi, (hereinafter "Raimondi") hereby moves to enlarge the time within which he is permitted to oppose the Defendant South Florida Yacht Sales, Inc.'s (hereinafter "SFY") Motion to Dismiss the Complaint. Pursuant to Local Rule 7.1(B)(2) a response to a Motion is due within fourteen days.

1) SFY file a Motion to Dismiss on or about March 8, 2005.

2) Due to other pending matters Raimondi needs additional time to adequately prepare an opposition to SFY Motion to Dismiss.

3) Raimondi seeks an enlargement of time up to and including April 8, 2005 to file and serve an opposition to the Motion to Dismiss.

4) This Motion to Enlarge Time is made in Good Faith and not to cause delay.

5)   Counsel for Raimondi communicated by Fax with Attorney Nevins on March 16, 2005 that he might seek an enlargement of time. On March 21, 2005 Counsel for Raimondi communicate by telephone with Attorney Butler-Stark and SFY's counsel advised that they would not object to this Motion.

WHEEREFORE, Raimondi hereby requests that this Court enter an Order enlarging the time for Raimondi to serve an opposition to SFY's Motion to Dismiss up to and including April 8, 2005.

Robert Raimondi
By his Attorney

Stuart T. Schrier
BBO 447190
Schrier & Balin, P. C.
1011 Dorchester Avenue
Boston, Massachusetts 02125
(617) 436-1200
(617) 436-5649 (FAX)

Dated: March 21, 2005