UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12638 MLW

==============================
)
ROBERT RAIMONDI,             )
            Plaintiff        )
                             )
v.                           )
                             )
SOUTH FLORIDA YACHT          )
SALES, INC.,                 )
            Defendant        )
                             )
==============================

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1(A)(2), counsel for both parties conferred on March 21, 2005, by telephone in a good faith effort to resolve or narrow the issues raised in this motion, and that counsel for the Defendant has assented to this motion.

Robert Raimondi
By his Attorney

Stuart T. Schrier
BBO 447190
Schrier & Balin, P. C.
1011 Dorchester Avenue
Boston, Massachusetts 02125
(617) 436-1200
(617) 436-5649 (FAX)

UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CIVIL ACTION NO. 04-12638 MLW

2005 MAR 21 P 2:30

DISTRICT COURT
DISTRICT OF MASS.

ROBERT RAIMONDI,
        Plaintiff

v.

SOUTH FLORIDA YACHT SALES, INC.,
        Defendant

**Certificate of Service**

I, Stuart T. Schrier, hereby certify that on March 21, 2005, I served a copy of the foregoing Motion For Enlargement of Time to Respond to Defendant's Motion to Dismiss Complaint upon

Zoe Butler-Stark, Esq.
Todd & Weld, LLP
28 State Street, 31st floor
Boston, MA 02109

Julie E. Nevins, Esq
Akerman Senterfitt
One Southeast Third Avenue
SunTrust International Center 28th floor
Miami, Florida 33131-1714

By first class mail, postage pre-paid this the 21st day of March, 2005.

**Robert Raimondi**
By his Attorney

Stuart T. Schrier
BBO 447190
Schrier & Balin, P. C.
1011 Dorchester Avenue
Boston, Massachusetts 02125
(617) 436-1200
(617) 436-5649 (FAX)