UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12638 MLW

========================
ROBERT RAIMONDI,                )
          Plaintiff      )
                                )
v.                              )
                                )
SOUTH FLORIDA YACHT             )
SALES, INC.,                    )
          Defendant     )
                                )
========================

### PLAINTIFF'S OPPOSITION TO
### SOUTH FLORIDA YACHT SALES, INC'S
### MOTION TO DISMISS

Now Comes the Plaintiff, Robert Raimondi (Raimondi) in the above entitled action and opposes South Florida Yacht Sales, Inc's (SFY) Motion to Dismiss for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted.

As grounds for opposing the Motion to Dismiss Raimondi refers the Court to Raimondi's Memorandum in Opposition to the Motion to Dismiss and the Affidavit or Robert Raimondi.

Wherefore, the Plaintiff asks that the Court deny the Motion to Dismiss and Deny the award of costs and attorney's fees.

**Robert Raimondi**
By his Attorney

*/s/ Stuart T. Schrier*
Stuart T. Schrier
BBO 447190
Schrier & Balin, P. C.
1011 Dorchester Avenue
Boston, Massachusetts 02125
(617) 436-1200
(617) 436-5649 (FAX)