## UNITED STATE DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12638 MLW

```
========================================
                           )
ROBERT RAIMONDI,           )
              Plaintiff    )
                           )
v.                         )
                           )
SOUTH FLORIDA YACHT        )
SALES, INC.,               )
              Defendant    )
                           )
========================================
```

### LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to Local Rule 7.1(A)(2), counsel for both parties conferred on April 8, 2005, by telephone in a good faith effort to resolve or narrow the issues raised in this Opposition to Defendant's Motion to Dismiss, and that counsel for the Parties were unable to resolve the issues presented.

**Robert Raimondi**
By his Attorney

Stuart T. Schrier
BBO 447190
Schrier & Balin, P. C.
1011 Dorchester Avenue
Boston, Massachusetts 02125
(617) 436-1200
(617) 436-5649 (FAX)