UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12638 MLW

|  |  |
|---|---|
| ROBERT RAIMONDI,<br>　　　　Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| SOUTH FLORIDA YACHT<br>SALES, INC.,<br>　　　　Defendant | )<br>)<br>)<br>) |

**Certificate of Service**

I, Stuart T. Schrier, hereby certify that on April 8, 2005, I served a copy of the

foregoing Opposition to Defendant's Motion to Dismiss Complaint upon

Zoe Butler-Stark, Esq.           Julie E. Nevins, Esq
Todd & Weld, LLP                 Akerman Senterfitt
28 State Street, 31st floor      One Southeast Third Avenue
Boston, MA 02109                 SunTrust International Center 28th floor
                                 Miami, Florida 33131-1714

By first class mail, postage pre-paid this the 8th day of April, 2005.

　　　　　　　　　　　　　　　　　　**Robert Raimondi**
　　　　　　　　　　　　　　　　　　By his Attorney

　　　　　　　　　　　　　　　　　　Stuart T. Schrier
　　　　　　　　　　　　　　　　　　BBO 447190
　　　　　　　　　　　　　　　　　　Schrier & Balin, P. C.
　　　　　　　　　　　　　　　　　　1011 Dorchester Avenue
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02125
　　　　　　　　　　　　　　　　　　(617) 436-1200
　　　　　　　　　　　　　　　　　　(617) 436-5649 (FAX)