# TODD & WELD LLP

ATTORNEYS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109

ZOE BUTLER-STARK
Direct Dial: (617) 624-4776
Email: zbutler-stark@toddweld.com

TELEPHONE: (617) 720-2626
FACSIMILE: (617) 227-5777
www.toddweld.com

April 14, 2005

**By Hand**

Clerk's Office, Civil
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, MA  02210

  RE: **Robert Raimondi v. South Florida Yacht Sales, Inc.**
    Civil Action No. 04-12638-MLW

Dear Sir/Madam:

  Due to an administrative error, we attached the wrong attachment as Exhibit A to the Declaration of Thomas Troccoli. Please replace that exhibit with the enclosed.

Thank you for your attention to this matter.

           Sincerely,

           Zoe Butler-Stark

Enclosures
cc: Christopher R. O'Hara, Esq.
   Stuart T. Schrier, Esq. (*by first class mail*)
   Julie E. Nevins, Esq. (*by first class mail*)

XYU 05556 D 202 S

850 N.E. 3rd Street
Suite 207
Dania, Florida 33004


SOUTH FLORIDA
YACHT SALES

Office: 954-925-7117
Fax: 954-927-7331
email: sales@southfloridayachtsales.com
www.yachtworld.com
www.southfloridayachts.com

MILLENNIUM • OCEAN YACHTS • RIVIERA • BROKERAGE

| Vessel Information | | | | Purchaser: Robert and Ann Raimondi |
|---|---|---|---|---|
| 2002 Ocean 56 Super Sport | | | | Address: 944 Dorchester Ave |
| Twin 1050 Mans | | | | Dorchester, MA 02125 |
| | | | | Phone: 617-288-0440 |
| | | | | Fax: |
| | | | | Date: 11/1/01 |

| OPTIONAL EQUIP. & ACC. | | | BASE VESSEL PRICE | 1,244,900.00 |
|---|---|---|---|---|
| Enclosed Bridge | | | Dealer Prep | |
| Trolling Valves | | $30,000.00 | Freight | |
| Remote Gauges | | $4,000.00 | Full Fuel | |
| Teak Covering | | $1,450.00 | Interior Décor | |
| Electronic Panel (02) | | $3,000.00 | Designer Interior | |
| Access Door on Side | | | Electronics Carried Forward | NC |
| Companion Step & R... | | $425.00 | Optional Equipment Carried Fwd | |
| Under Counter Refri... | | $500.00 | Options per Addendum "A" | 49,348.00 |
| TV over Dinnette | | $4,498.00 | Sub-Total | |
| Two teak doors in place... | | $1,200.00 | Credits | 1,294,248.00 |
| and install doors to one side | | | | -194,248.00 |
| Delete Mirror Forward | | $500.00 | Trade-In Allowance | -800,000.00 |
| Delete Sink | | $199.50 | Total Sales Price | 300,000.00 |
| Delete Blinds | | $(150.00) | Sales Tax | Exempt |
| Forward Lewmar Hatch | | $(150.00) | Total Due | 300,000.00 |
| Lewmar Windlass | | $950.00 | Down Payment | -50,000.00 |
| Delete VCR | | $3,450.00 | Unpaid Balance | 250,000.00 |
| Delete Puma Pub | | $(100.00) | Additional Payment | |
| Eliminate All ... | | $(282.00) | | |
| Electric 2nd ... | | NC | | |
| | | NC | | |
| Spotlight | | | | |
| | | NC | | |
| Subtotal | | $49,348.00 | Unpaid Balance | 250,000.00 |

DESCRIPTION OF TRADE-IN:

Annual Sale Price Due to Traders $380,000

Delivery & Closing will take place on or before APRIL 15, 2002
BOAT TO PICKED UP AT Ocean Factory, NJ

SIGNED: R A Raimondi

TWO VESSELS $800,000.00

FT. LAUDERDALE • MIAMI • PALM BEACH