UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ROBERT RAIMONDI,                  )
     Plaintiff,                   )
                                  )
     v.                           )    C.A. No. 04-12638-MLW
                                  )
SOUTH FLORIDA YACHT SALES, INC.,  )
     Defendants                   )
```

ORDER

WOLF, D.J.                                          August 4, 2005

    The parties in this case were issued the attached Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Sorokin, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. Neither party has responded. Thus, all parties are deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Sorokin for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

```
                              /s/ Mark L. Wolf
                              UNITED STATES DISTRICT COURT
```

UNITED STATES DISTRICT COURT